# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:22-CR-00054** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **ALLEN BLOUNT** | **MAGISTRATE JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 60] having been considered, together with the Objection [Doc. No. 63] filed by Defendant Allen Blount, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Suppress [Doc. No. 27] filed by Defendant Allen Blount is **DENIED**.

**MONROE, LOUISIANA**, this 16th day of August 2023.

Terry A. Doughty
United States District Judge