UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:22-00054-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ALLEN BLOUNT (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 79] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the conditional guilty plea of the Defendant Allen Blount and adjudges him guilty of the offense charged in Count Three of the Indictment, reserving his right to appeal the adverse ruling on his motion to suppress.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the counterfeit-related property, and proceeds therefrom, referenced in the Indictment and/or seized in this matter.

MONROE, Louisiana, this 8th day of March 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE